**George JONES, Appellant,**

v.

**Jeffery BEARD, Secretary of the Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Feb. 23, 2005.

### *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of February, 2005, probable jurisdiction is noted and the order appealed is affirmed.

■

**Garth WOMER, Respondent,**

v.

**Jan HILLIKER, M.D., Petitioner.**

Supreme Court of Pennsylvania.

Feb. 23, 2005.

### *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of February 2005, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to whether the Superior Court erred in finding that petitioner alleged sufficient facts to warrant opening the judgment of *non pros,* where respondent failed to comply with the certificate of merit requirement set forth in Pa.R.C.P. 1042.3. In addressing this issue, the parties shall also address the question of whether Rule 1042.3 should be deemed subject to equitable exceptions.